**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura M. Supanich (SBN No. 314805)
lms@melmedlaw.com
Maria Burciaga (SBN 334545)
mb@melmedlaw.com
Anne Kramer (SBN 315131)
ak@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff and the Putative Class

ADDITIONAL COUNSEL ON NEXT PAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SALVADOR RAMIREZ CALDERON, an individual, on behalf of himself an all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PRODUCTION FRAMING LLC, a California limited liability company; UNITED PRODUCTION FRAMING, INC., a California corporation; BFS GROUP OF CALIFORNIA LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>Defendant. | Case No. 5:23-CV-00234 JGB (SHKx)<br><br>Honorable Jesus G. Bernal<br>Courtroom 1<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(Riverside County Superior Court Case No. CVRI2300137)<br><br>Trial Date:   None Set |

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

2053708.1

1  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2  Spencer C. Skeen CA Bar No. 182216
   spencer.skeen@ogletree.com
3  Nikolas T. Djordjevski CA Bar No. 294728
   nikolas.djordjevski@ogletree.com
4  Keenan P. O'Connor CA Bar No. 311800
   keenan.oconnor@ogletree.com
5  4660 La Jolla Village Drive, Suite 900
   San Diego, CA 92122
6  Telephone: 858-652-3100
   Facsimile: 858-652-3101

Attorneys for Defendants UNITED PRODUCTION
FRAMING LLC and UNITED PRODUCTION
FRAMING, INC.

MATTHEW B. GOLPER, SBN 275979
mgolper@brgslaw.com
DANIEL J CORBETT, SBN 338544
dcorbett@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, Eighteenth Floor
Encino, California 91436
Telephone:  (818) 508-3700
Facsimile:   (818) 506-4827

Attorneys for Defendant
BFS GROUP OF CALIFORNIA LLC

2053708.1

2

## STIPULATION

This Stipulation is made and entered into by and among Plaintiff Salvador Ramirez Calderon ("Plaintiff") and Defendants United Production Framing LLC, United Production Framing, Inc. and BFS Group of California LLC (collectively, "Defendants") (Plaintiff and Defendants are collectively, "Parties") by and through their respective counsel of record with reference to the following facts:

**WHEREAS**, on January 10, 2023, Plaintiff filed this action against Defendants in Riverside Superior Court (Case No. CVRI2300137);

**WHEREAS,** on February 13, 2023, Defendants removed this action to the above-captioned court pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. §§ 1332(d), 1441 and 1446;

**WHEREAS,** Defendants allege Plaintiff entered into a valid and binding agreement to arbitrate, which covers the claims against Defendants in this action;

**WHEREAS**, in light of the agreement to arbitrate, the Parties wish to dismiss this action, with each party to bear its own attorney's fees and costs;

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties hereto, through their counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed in its entirety, with each party to bear its own attorney's fees and costs. No motion to certify a class has been made.

**IT IS SO STIPULATED.**

**[SIGNATURES ON NEXT PAGE]**

Dated: April 25, 2023

MELMED LAW GROUP P.C.

_____
JONATHAN MELMED
Attorneys for Plaintiff and the Putative Class

Dated: April 25, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Nikolas T. Djordjevski*
NIKOLAS T. DJORDJEVSKI
Attorneys for Defendants United Production Framing LLC and United Production Framing, Inc.

DATED: April 25, 2023

BALLARD ROSENBERG GOLPER & SAVITT, LLP

_____
MATTHEW B. GOLPER
Attorneys for Defendant
BFS GROUP OF CALIFORNIA LLC

2053708.1

4